IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 1:11-cr-76 |
| | : | |
| v. | : | |
| | : | Hon. John E. Jones III |
| DERRICK RYAN JACKSON; | : | |
| MIGUEL ANGEL ROSARIO; | : | |
| MARTINEL LAMAR HILL; | : | |
| DANYEL T. PROCTOR; | : | |
| CURTIS D. HALL; | : | |
| Defendants. | : | |

## ORDER

**March 6, 2018**

Upon consideration of the 28 U.S.C. § 2255 motions to vacate conviction and sentence, and in accordance with the Court's Memorandum of the same date, it is hereby **ORDERED** that:

1. The 28 U.S.C. § 2255 motions to vacate conviction and sentence of Defendants Derrick Jackson, Danyel Proctor, Curtis Hall, Miguel Rosario, and Martinel Hill (Docs. 527, 529, 533, 534, 539) are **DENIED**.

2. No certificate of appealability shall issue.

3. The Clerk of Court shall **CLOSE** the accompanying civil docket numbers, 1:16-cv-00676, 1:16-cv-00691, 1:16-cv-00901, 1:16-cv-00906, and 1:16-cv-01025.

s/ John E. Jones III
John E. Jones III
United States District Judge